UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL COX,

              Plaintiff,

- against -

CITIBANK, N.A., ET AL.,

              Defendants.

21-cv-9046 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by __12/3__, 2021.

SO ORDERED.

Dated:    New York, New York
            November 19, 2021

                                          John G. Koeltl
                                       United States District Judge