UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL COX,

                Plaintiff,          21-cv-9046 (JGK)

    - against -              ORDER

CITIBANK, N.A., ET AL.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for January 21, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           January 14, 2022

                                      John G. Koeltl
                             United States District Judge